## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00223-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

    Plaintiff,

v.

ANDY HWANG, an individual;
JAY DANIELS, an individual; and
THE FAT BRAT, an entity of unknown origin and nature,

    Defendants.

## PROPOSED PLAN

Righthaven LLC ("Righthaven") responds to this Court's Minute Order ("Order"), dated February 14, 2011, by stating that it has not yet effectuated service of the Summons and Complaint upon Defendant(s), accordingly Defendant(s) have not yet appeared in the above captioned matter, and therefore Righthaven was unable to meet and confer with Defendant(s) per the Order. As of today's date, neither Defendant(s), nor counsel of record for Defendant(s), have formally appeared in the action, or partaken in a meet and confer with Righthaven.

Righthaven submits as follows its Proposed Plan, in response to the Order:

1. A Magistrate Judge be reassigned to this matter, before whom a mandatory confidential settlement conference ("Conference") be held telephonically, or alternatively in person, between Righthaven and Defendant(s), and/or their counsel of record; and

/ / /

2. In the event that a mutually agreeable resolution of the matter is not reached during the above Conference, the parties shall hold at that time the pre-scheduling conference as required pursuant to Fed. R. Civ. P. 26(f) and/or a scheduling/planning conference pursuant to Fed. R. Civ. P. 16(b).

Dated this twenty-eighth day of February, 2011.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

STEVEN G. GANIM, ESQ.
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

*Attorneys for Plaintiff Righthaven LLC*