Thefatbrat c/o Andy Hwang v. Righthaven, LLC
United States District Court for the District
of Colorado
Case 1:11-cv-00223-PAB -KLM
Filed 01/27/11

Righthaven, LLC,

Plaintiff,

v.

Andy Hwang, an individual,

Defendant,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 4 2011

GREGORY C. LANGHAM
CLERK

Dear Clerk of the Court, please find enclosed an additional note for this case.

_Andy Hwang_ (signature)

Andy Hwang

213 Tallwood Drive, Hartsdale, NY 10530

914-686-5884

I certify I sent the attorneys for Righthaven a copy of this document on Feb. 25th, 2011.

Thefatbrat c/o Andy Hwang v. Righthaven, LLC
United States District Court for the District
of Colorado
Case 1:11-cv-00223-PAB -KLM
Filed 01/27/11

I, the defendant, offer an updated answer and response to the ongoing case.

I signed and dated a settlement agreement for $3,250 and through four installments, had paid in full the Settlement Payment by the end of July 2011. The plaintiff Righthaven had agreed to execute and file a voluntary dismissal, with prejudice, within 10 business days of the Payment Date as written in the settlement agreement (Section 5). To the best of my knowledge after contacting the Clerk of the Court, this dismissal still has not been made effective yet.

Andy Hwang

213 Tallwood Drive, Hartsdale, NY 10530

914-686-5884

I certify I sent the attorneys for Righthaven a copy of this document on Feb. 25th, 2011.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 1:11-cv-00223-JLK

RIGHTHAVEN LLC, a Nevada Limited Liability Company
    Plaintiff,
            v.

ANDY HWANG, an individual;
JAY DANIELS, an individual; and
THE FAT BRAT, an entity of unknown origin and nature;
    Defendants.

---

## ORDER TO SHOW CAUSE

---

In light of the Summary Judgment Order entered in *Righthaven v. Wolf*, 1:11-cv-830

(doc. 49), Plaintiff Righthaven LLC shall show cause no later than October 7, 2011 as to why

Summary Judgment should not enter against it in this case pursuant to Fed. R. Civ. P. 56(f)(3).

Dated: September 27, 2011                    BY THE COURT:

                                             /s/ John L. Kane
                                             Senior U.S. District Judge

## Other Orders/Judgments

<u>1:11-cv-00223-JLK Righthaven LLC v. Hwang et al</u>
STAYED

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/28/2011 at 8:42 AM MDT and filed on 9/27/2011
**Case Name:**        Righthaven LLC v. Hwang et al
**Case Number:**      <u>1:11-cv-00223-JLK</u>
**Filer:**
**Document Number:** <u>34</u>

**Docket Text:**
**ORDER TO SHOW CAUSE: returnable by Plaintiff Righthaven LLC why Summary Judgment should not enter against it in this case pursuant to Fed. R. Civ. P. 56(f)(3). Show Cause Response due by 10/7/2011. By Judge John L. Kane on 9/27/11. (mnfsl, )**

**1:11-cv-00223-JLK Notice has been electronically mailed to:**

Steven George Ganim sgganim@gmail.com, rgibson@righthaven.com, shawn@manganolaw.com

Shawn Anthony Mangano shawn@manganolaw.com

**1:11-cv-00223-JLK Notice has been mailed by the filer to:**

Andy Hwang
213 Tallwood Drive
Hartsdale, NY 10530

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=9/28/2011] [FileNumber=3177909-0
] [4cd0fd1c09345a6faf944c9fa8d6f57c78c986f391b79182c9507f4b76c665054f3
5252965cb9ae1f060788483edf03f017a04229f7b5edcfe3369e1d38d807c]]