# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

# MEMORANDUM

TO: File 11-cv-00223-JLK

FROM: Megan Fields

SUBJECT: Sealed Document

DATE: October 14, 2011

     Pursuant to the instruction of Judge Kanes's Chambers, Attachment to  Defendant's Notice, Document [38], filed October 14, 2011, was sealed.

(Rev. 10/02)