**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00223-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company
    Plaintiff,
                v.

**ANDY HWANG**, an individual;
**JAY DANIELS**, an individual; and
**THE FAT BRAT**, an entity of unknown origin and nature;
    Defendants.

## ORDER TO SHOW CAUSE

Kane, J.

According to filings by both Plaintiff and Defendant, the parties reached a settlement agreement in this case almost six months ago. Despite Defendant's compliance with the settlement agreement, Plaintiff has failed to comply with its obligations – namely, filing a voluntary dismissal of this case.

In light of Defendant's compliance with his obligations, Plaintiff Righthaven LLC shall show cause no later than March 23, 2012 as to why this case should not be dismissed with prejudice.

Dated: March 20, 2012                BY THE COURT:

                                                  **/s/ John L. Kane**
                                                  Senior U.S. District Court Judge