**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Judge John L. Kane

Civil Action No. **1:11-cv-00223-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company
     Plaintiff,

        v.

**ANDY HWANG**, an individual;
**JAY DANIELS**, an individual; and
**THE FAT BRAT**, an entity of unknown origin and nature;
     Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

     Plaintiff has failed to respond to my Order to Show Cause (doc. 40).  Accordingly, this case is DISMISSED WITH PREJUDICE.

Dated: March 26, 2012